IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO. 09-12037 |
| | ) | |
| Edward Kitko | ) | CHAPTER 7 CASE |
| Cynthia Kitko | ) | |
| Debtor(s). | ) | Judge Arthur I. Harris |

TO THE CLERK OF COURT:

The attached check no. 116 in the amount of $1,249.46 represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| Discover Bank<br>DFS Services LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | 4 | $11,487.46 | $1,249.46 |

DATED: August 4, 2011

_____
DAVID O. SIMON, TRUSTEE